EASTERN DIST.
*March*, 1840.

EDSON *vs.* JACOBS.

EDSON
*vs.*
JACOBS.

APPEAL FROM THE CITY COURT OF NEW-ORLEANS.

Notice to the endorser, left at his office with a clerk, he not being in, is sufficient to render him liable.

The defendant is sued as endorser of a note; and pleaded a general denial and want of legal notice.

The plaintiff gave in evidence on the trial the note, protest and certificate of the notary, who states that he gave notice of protest on the same day to the defendant, by "delivering it to a clerk at his office, he not being in."

There was judgment against the defendant, and he appealed.

*I. W. Smith,* for the plaintiff.

*Josephs,* contra.

*Martin, J.,* delivered the opinion of the court:

This is an action against the endorser of a promissory note, and the only defence is, want of legal notice.

The notary has certified that he gave the notice on the day of protest, "to a clerk at the defendant's office, he not being in." A demand at the defendant's office, was held good in the case of Miller *vs.* Hennen, 3 *Martin, N. S.,* 587, although the note was made payable at his house. The case of a notice is still more favorable; and when left at the office where the defendant transacts his business, is sufficient to charge him as endorser.

It is, therefore, ordered, adjudged and decreed, that the judgment of the court below be affirmed, with costs in both courts.